[Nos. 42683-4-I; 42684-2-I.   Division One.   July 31, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS ROBERT ENWILLER, *Appellant*.

Appeals from a judgment of the Superior Court for San Juan County, No. 98-8-05003-1, Vickie Inman Churchill, J., entered May 13, 1998. *Dismissed* by unpublished per curiam opinion.

[No. 18339-4-III.   Division Three.   August 1, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD RYAN TODD, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-01877-4, Michael E. Donohue, J., entered March 5, 1999. *Remanded* by unpublished opinion per Sweeney, J., concurred in by Kurtz, C.J., and Kato, J.

[No. 17809-9-III.   Division Three.   August 3, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTURO RODRIQUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 93-1-00348-5, Susan L. Hahn, J., entered August 20, 1998. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Kato, J.

[No. 18082-4-III.   Division Three.   August 3, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN MANUEL MONTES, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, 98-1-00463-4, Vic L. VanderSchoor, J., entered December 4, 1998. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Kato, J.